the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 88–5546.  IN RE MITCHELL.  Petition for writ of mandamus denied.

No. 88–5397.  IN RE MCDONALD;
No. 88–5428.  IN RE MCDONALD; and
No. 88–5429.  IN RE MCDONALD.  Petitions for writs of mandamus and/or prohibition denied.

No. 87–6997.  CARELLA v. CALIFORNIA.  Appeal from App. Dept., Super. Ct. Cal., Los Angeles County.  Motion of appellant for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.*

No. 88–293.  COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL. v. REID.  C. A. D. C. Cir.  Certiorari granted.

No. 87–1729.  CAPLIN & DRYSDALE, CHARTERED v. UNITED STATES.  C. A. 4th Cir.  Certiorari granted and case set for oral argument in tandem with No. 88–454, *United States* v. *Monsanto*, *infra*.

No. 87–2084.  JETT v. DALLAS INDEPENDENT SCHOOL DISTRICT; and
No. 88–214.  DALLAS INDEPENDENT SCHOOL DISTRICT v. JETT. C. A. 5th Cir.  Certiorari granted in No. 87–2084 limited to Question 1 presented by the petition.  Certiorari granted in No. 88–214. Cases consolidated and a total of one hour allotted for oral argument.

---

*[REPORTER'S NOTE: For amendment of this order, see *post*, p. 964.]